People of the State of Illinois, defendant in error, v. Mary Miller, plaintiff in error. Gen. No. 39,757.

644

Opinion filed December 14, 1937.
W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.